[No. 54422-5-I. Division One. September 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BOUNPONE B. SASOUVONG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00952-7, Larry E. McKeeman, J., entered June 8, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54618-0-I. Division One. September 26, 2005.]

ALLAN D. BAILEY ET AL., *Appellants*, v. DAVID C. ALLDERDICE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-23814-7, Nicole MacInnes, J., entered December 23, 2003. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Agid and Becker, JJ.

[No. 54631-7-I. Division One. September 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JODI R. MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02396-1, George N. Bowden, J., entered July 15, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54835-2-I. Division One. September 26, 2005.]

DEBRA O'CONNER, *Appellant*, v. THE DEPARTMENT OF HEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-02941-8, Anthony P. Wartnik, J., entered July 28, 2004. *Affirmed* by unpublished opinion per Appelwick, A.C.J., concurred in by Kennedy and Agid, JJ.